```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------

MARIA NAVARRO CARILLO ET AL.,
                Plaintiffs,        21-cv-8357 (JGK)

    - against -                  ORDER

MEISHA PORTER ET AL.,
                Defendants.

-----------------------------------

**JOHN G. KOELTL, District Judge:**

    The conference scheduled for December 20, 2021, is canceled.

**SO ORDERED.**
Dated:    New York, New York
          December 17, 2021

                                      /s/ John G. Koeltl
                                        John G. Koeltl
                              United States District Judge