UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA NAVARRO CARILLO, ET AL.,
               Plaintiffs,      21-cv-8357 (JGK)

    - against -                    ORDER

MEISHA PORTER, ET AL.,
               Defendants.

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by __1/28__, 2022.

SO ORDERED.
Dated:    New York, New York
          January 14, 2022

                                              John G. Koeltl
                                  United States District Judge