UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------

MARIA NAVARRO CARILLO ET AL.,
                   Plaintiffs,       21-cv-8357 (JGK)

      - against -                      <u>ORDER</u>

MEISHA PORTER ET AL.,
                   Defendants.
--------

JOHN G. KOELTL, District Judge:

     The time for the parties to file a joint status report is extended to **April 29, 2022**. The conference scheduled for April 28, 2022 is canceled.

SO ORDERED.
Dated:    New York, New York
          April 20, 2022

                                         _____
                                             John G. Koeltl
                                        United States District Judge