UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA NAVARRO CARILLO ET AL.,
          Plaintiffs,

    - against -

MEISHA PORTER ET AL.,
          Defendants.

21-cv-8357 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    On May 23, 2022, the Court directed the parties to file a status report within 30 days. ECF No. 20. The parties have not done so. The time for the parties to file a joint status report is extended to **July 13, 2022**. If the parties do not file a status report by this date, the case may be dismissed for failure to prosecute.

SO ORDERED.
Dated:   New York, New York
         July 5, 2022

                                    John G. Koeltl
                             United States District Judge