UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARIA NAVARRO CARILLO,

        Plaintiff,

    - against -

JOSE GARZON, et al.,

        Defendants.

21-cv-8357 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The parties should provide the Court with an updated status report by **September 16, 2022**. The conference scheduled for **September 12, 2022** is **canceled**.

SO ORDERED.

Dated:    New York, New York
          September 7, 2022

                                      John G. Koeltl
                             United States District Judge