

HON. SYLVIA O. HINDS-RADIX
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

THOMAS LINDEMAN
Tel.: (212) 356-0418
tlindema@law.nyc.gov

January 26, 2023

*[Handwritten: Conf on 1/30/23 is Cancelled. Parties to submit a status letter by 2/28/23. So ordered. /s/ JGK(oeltl) U.S.D.J. 1/26/23]*

**VIA ECF**
Hon. John G. Koeltl
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Carillo et al v. Porter et al.* 21-cv-8357(JGK)(BCM)

Dear Judge Koeltl:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Hon. Sylvia O. Hinds-Radix, attorney for Defendant in the above-referenced action, wherein Plaintiff seeks enforcement of an administrative order under, as well as attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, et seq. ("IDEA"), as well as for this action.

I write to respectfully request an adjournment of the Status Conference currently scheduled for January 30, 2023 *sine die*. Plaintiff consents to this request. This is the first request for an adjournment of this conference. After receiving Plaintiff's billing records at the end of last year, Defendant's internal settlement review is nearing completion. Defendant has informed Plaintiff that they will present an offer of settlement within the next two weeks. The parties believe that the requested adjournment will allow them to fully explore settlement, and hope that this matter can be resolved without further intervention by the Court. The parties propose that a joint status letter be filed on February 28, 2023 informing the Court of the progress of settlement discussions.

Thank you for considering this request.

Respectfully submitted,
/s/
Thomas Lindeman
Special Assistant Corporation Counsel

cc: Rory J. Bellantoni, Esq. (via ECF)