UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIA NAVARRO CARILLO, ET AL.,

            Plaintiffs,

- against -

MEISHA PORTER, ET AL.,

            Defendants.

21-cv-8357 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to file a status report by **April 14, 2023**.

SO ORDERED.

Dated:    New York, New York
           March 21, 2023

                                      John G. Koeltl
                               United States District Judge